UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re:  Sealed Matter                    Misc. No. 20-mc-50905-1 to 4
                                         Honorable Denise Page Hood

## MOTION AND ORDER TO UNSEAL SEARCH WARRANTS AND AFFIDAVITS

THE UNITED STATES OF AMERICA respectfully requests that the search warrants and affidavits in this case be unsealed for the following reasons:

1. That the United States is no longer apprehensive that one or more persons may flee the jurisdiction or that evidence may be destroyed if they become aware of the substance of the search warrants and affidavits.

2. That the United States is no longer apprehensive that there is danger of harm to potential government witnesses if any persons become aware of the substance of the search warrants and affidavits.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

*s/John J. McCormack*
John J. McCormack
United States Trial Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
John.McCormack.IV@usdoj.gov
(202) 262-7011

IT IS SO ORDERED.

s/R. Steven Whalen
R. Steven Whalen
United States Magistrate Judge

Entered: October 27, 2020